# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eduardo Santiago and Lisandra Santiago <u>Debtor(s)</u> | BKY. NO. 16-01004 RNO <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JP Morgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0340

                    Respectfully submitted,

                    **/s/ Thomas Puleo**
                    Thomas Puleo, Esquire
                    James C. Warmbrodt, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 825-6306  FAX (215) 825-6406
                    Attorney for Movant/Applicant